GUSSIE PERITZ, Respondent, v. MAJESTIC MANAGEMENT CORP., ABRAHAM J. HAMMER and GUSSIE HAMMER, Appellants, and Others, Defendants. (Appeal No. 2.) — Action to enforce a claimed joint venture under which plaintiff was entitled to a one-half interest in fee in certain real property. Order denying motion of appellants to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Adel and Close, JJ., concur.

ASMA SACKAL, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Action to recover damages for personal injuries sustained by plaintiff when she fell on a stairway leading from the street to defendant's subway station. Upon this stairway allegedly there had been an accumulation of ice, existing for several days. Plaintiff recovered a judgment against defendant for damages, which judgment was entered upon the verdict of a jury. From that judgment defendant appeals. Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. The verdict is against the weight of evidence as far as the alleged liability of defendant is concerned, and is also excessive. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur. [See *post*, p. 819.]

ASMA SACKAL, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— In an action brought to recover damages for personal injuries sustained by reason of defendant's alleged negligence when plaintiff fell upon a stairway leading from the street to defendant's subway station, appeal by defendant from order denying its motion for a new trial on the ground of newly-discovered evidence dismissed, without costs. In view of our determination of the companion appeal from the judgment in this action, this appeal has become academic. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ. [See *ante*, p. 819.]